# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| STEVEN MCCARTEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO.: |
| | ) 2:12-CV-3845-VEH |
| | ) |
| ARS NATIONAL SERVICES, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER DISMISSING CASE

The Court is in receipt of the Motion to Dismiss Defendant With Prejudice, doc. (15), filed by the Plaintiff on May 3, 2013. After consideration, the Court finds that this motion is due to be, and is hereby, **GRANTED**. Therefore, the court **ORDERS** that this action and all claims contained herein are **DISMISSED WITH PREJUDICE**, costs taxed as paid. Provided, however, the court **RETAINS JURISDICTION** for the limited purpose of enforcing any settlement agreement between the parties.

**DONE** and **ORDERED** this 7th day of May, 2013.

*/s/ Virginia Emerson Hopkins*
**VIRGINIA EMERSON HOPKINS**
United States District Judge